UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAUREN FAITH DOMKO | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-14-SDJ |
| | § | |
| FRANK BISIGNANO, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is the Commissioner of Social Security's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Commissioner's Motion"). (Dkt. #17). After considering the Commissioner's Motion, the pleadings on file, and the applicable law, the Court concludes that the Commissioner's Motion, (Dkt. #17), should be **GRANTED**.

On January 7, 2025, Plaintiff Lauren Faith Domko filed this action seeking judicial review of the Commissioner's decision denying her application for supplemental security income benefits under the Social Security Act. (Dkt. #1). On September 12, 2025, the Commissioner filed the Commissioner's Motion, (Dkt. #17), therein requesting that the Court reverse and remand the case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Dkt. #17 at 1). The Commissioner's Motion is unopposed. (Dkt. #17 at 2).

Section 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Upon review, the Court agrees that remand

1

is appropriate in this case. Based on the foregoing, the Court finds that the Commissioner's final decision is hereby reversed, and Plaintiff Lauren Faith Domko's disability claim is hereby remanded to allow the Commissioner to conduct further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

For the foregoing reasons, it is **ORDERED** that the Commissioner's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Dkt. #17), is **GRANTED**. The Commissioner's decision is hereby **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**So ORDERED and SIGNED this 4th day of March, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2